■ In the Matter of ANTHONY R., a Person Alleged to be a Juvenile Delinquent, Appellant. [640 NYS2d 69] —Order of disposition, Family Court, Bronx County (Gloria Sosa-Lintner, J.), entered March 22, 1995, which adjudicated appellant a juvenile delinquent and placed him on probation for a period of 18 months, after a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of criminal possession of a controlled substance in the third, fifth and seventh degrees, criminal facilitation in the fourth degree, criminal use of drug paraphernalia in the second degree and loitering in the first degree, unanimously affirmed, without costs.

The court properly imposed an 18-month term of probation rather than the 12-month term requested by his counsel, based upon appellant juvenile's background, and the nature of his offense. The record does not demonstrate that the court imposed the longer term of probation solely because of respondent's rude behavior and use of profanity towards court personnel while waiting for his case to be called. In any event, the court was certainly entitled to consider this inexcusable behavior as evidence of appellant's need for supervision. Concur—Rosenberger, J. P., Wallach, Kupferman, Nardelli and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH CASTELLANO, Appellant. [639 NYS2d 925] —Judgment, Supreme Court, New York County (James A. Yates, J.), rendered on or about February 4, 1994, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Wallach, Kupferman, Nardelli and Williams, JJ.